1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SHAWN A. ORMBERG,

       Plaintiff,

    v.

JO ANNE B. BARNHART, Commissioner of
Social Security,

       Defendant.

Case No. C05-5456FDB

ORDER OF REMAND TO SOCIAL
SECURITY ADMINISTRATION FOR
RECONSIDERATION

     The Ninth Circuit Court of Appeals affirmed in part, reversed in part, and remanded the matter to this Court for remand to the Social Security Administration for reconsideration in the two areas noted in the Appeals Court's Memorandum decision.

     ACCORDINGLY, IT IS ORDERED: This cause of action is REMANDED to the Social Security Administration for reconsideration.

     DATED this 1st day of February, 2008.

_____
FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 1